GEORGE M. THOMAS, Respondent, v. THOMAS E. BURCHELL and ERICKSON PERKINS, Appellants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.  Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

GUSTAV RANDTKE, Respondent, v. GUARDIAN TRANSPORT COMPANY and FRED SMITH, Appellants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.  Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

VICTOR S. DELANO, Respondent, v. GUARDIAN TRANSPORT COMPANY and FRED SMITH, Appellants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.  Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of AUSTIN W. CARPENTER, an Attorney.—Application for reinstatement denied.  Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of DONALD N. MORRIS, an Attorney.— Order entered suspending respondent from practice until further order of this court.  Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of FREDFRICK J. MIX, an Attorney.— Order of reference entered. Order substituting attorneys entered.  Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of H. NILE EDDY, an Attorney.— Order of reference entered. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of L. EDWARD LEARY, an Attorney.— Order of reference entered. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of ISRAEL SCHOENBERG, an Attorney.— Order of reference entered. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.